BEFORE THE SECOND DIVISION, MAY 12, 1955

**No. 59053.**—Harold Dessau, Inc. *v.* United States, protest 234725–K (New York)

Opinion by LAWRENCE, J.   From an examination of the papers in this case, the court found nothing therein which tended in any way to overcome the presumption of correctness attaching to the decision of the collector.   The protest was therefore overruled.

**No. 59054.**—D. C. Andrews & Company, Inc. *v.* United States, protest 242019–K (New York).

Opinion by LAWRENCE, J.   From an examination of the papers in this case, the court found nothing therein which tended in any way to overcome the presumption of correctness attaching to the decision of the collector.   The protest was therefore overruled.

**No. 59055.**—Haven Saw & Tool Co. and Joseph A. Paredes & Co. *v.* United States, protest 228855–K (San Francisco).

Opinion by RAO, J.   In accordance with stipulation of counsel that the items of the merchandise marked "A" consist of internal-combustion engines similar in all material respects to the articles involved in *Geo. S. Bush & Co., Inc.* v. *United States* (41 C. C. P. A. 33, C. A. D. 525), the claim of the plaintiffs was sustained. It was held that the value of the items involved is the percentage of the appraised value of said power saws, as noted in green ink on the invoices by the examiner.

**No. 59056.**—Quon Quon Company *v.* United States, protest 228977–K (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of floor coverings, composed wholly or in chief value of rush and not of grass or of rice straw, the same in all material respects as those the subject of Abstracts 57889 and 57890, the claim of the plaintiff was sustained.

**No. 59057.**—Getz Bros. & Co. and Castelazo & Associates et al. *v.* United States, protests 234140–K, etc. (Los Angeles).